**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SCOTTSDALE INSURANCE COMPANY,

        Plaintiff,

vs.                                                          Case No. 3:10-cv-909-J-32JRK

SOUTHEAST WINDOWS & TRIM, INC.,
et al.

        Defendants.

## **ORDER**

This case came before the Court on July 13, 2011, for a hearing on Counter-Defendant Scottsdale Insurance Company's Motion to Dismiss Counts II and III of Counter-Plaintiff, Southeast Window's Counterclaim (Doc. 20), to which Southeast Windows and Trim, Inc. has responded. (Doc. 23). Following argument, for the reasons announced at the hearing, the record of which is incorporated by reference, it is hereby

**ORDERED**:

1.     The parties agree that Georgia law governs in determining the issue of insurance coverage.

2.     At the request of the parties, it is agreed that mediation in this case will be conducted in conjunction with the mediation of the underlying state court case on **September 22 and 23, 2011**.

3.     Based on the representations of Scottsdale at the hearing, Scottsdale's Motion to Dismiss Count II of the Counterclaim (Doc. 20) is **GRANTED**. Count II of the Counterclaim is dismissed without prejudice.

4. The Court is doubtful of the estoppel theories asserted in Count III of Southeast Window's counterclaim. Under Georgia law it is "well established . . . that '[t]he doctrines of implied waiver and estoppel, based upon the conduct or action of the insurer, or its agent, are not available to bring within the coverage of a policy risks not covered by its terms, or risks expressly excluded therefrom.' " <u>Danforth v. Gov. Employees Ins. Co.</u>, 638 S.E.2d 852, 859 (Ga. Ct. App. 2006) (citations omitted). However, in an abundance of caution, Scottsdale's Motion to Dismiss Count III of Southeast's counterclaim (Doc. 20) is **GRANTED** without prejudice and Southeast is given leave to amend its counterclaim and reassert the estoppel claims.

Southeast should file an Amended Answer and Counterclaim no later than **August 15, 2011**. Scottsdale's response to the Amended Counterclaim is due no later than **September 15, 2011**.

**DONE AND ORDERED** at Jacksonville, Florida this 19th day of July, 2011.

TIMOTHY J. CORRIGAN
United States District Judge

kz
Copies:

counsel of record